# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 29, 2022

### NO. 03-21-00204-CV

**Texas Commission on Environmental Quality
and Vulcan Construction Materials LLC, Appellants**

**v.**

**Friends of Dry Comal Creek, Stop 3009 Vulcan Quarry, Jeffrey Reeh,
Terry Olson, Mike Olson, and Comal Independent School District, Appellees**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND JONES
## REVERSED AND RENDERED -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on April 1, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and affirms the Commissioners' order of November 21, 2019. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.